IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN J. THOMAS,** | : | |
|     **Plaintiff** | : | No. 1:19-cv-00547 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Chief Magistrate Judge Schwab)** |
| **JOSEPH RAMIREZ, et al.,** | : | |
|     **Defendants** | : | |

# ORDER

Before the Court is Chief Magistrate Judge Schwab's May 15, 2020 Report and Recommendation (Doc. No. 38) recommending that the Court dismiss Plaintiff Adrian J. Thomas ("Plaintiff")'s breach of contract claims with prejudice and close the above-captioned action. No objections to the Report and Recommendation have been filed. Because the time for filing objections has passed, the Report and Recommendation is ripe for disposition.

**ACCORDINGLY**, on this 19th day of June 2020, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Chief Magistrate Judge Schwab's May 15, 2020 Report and Recommendation (Doc. No. 38);

2. Plaintiff's breach of contract claims (Doc. No. 15) are **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                             s/ Yvette Kane
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania